UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELK PLACE, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 07-7676 |
| CNA COMMERCIAL PROPERTY<br>INSURANCE COMPANY, ET AL. | SECTION "N" |

## ORDER AND REASONS

Presently before the Court is "Defendant Matthew Family Elks Place's Rule 59(e) Motion to Reconsider" (Rec. Doc. No. 22). Defendant Matthew Family Elks Place ("Matthew Family") seeks reconsideration of the Court's December 20, 2007 Order (Rec. Doc. No. 18) insofar as it granted the Motion to Sever Misjoined Claims (Rec. Doc. No. 15) filed by Defendant Valley Forge Insurance Company. For the reasons stated, **IT IS ORDERED** that the motion to reconsider is **DENIED**.[1]

Following the filing of the Motion to Sever, Plaintiff's counsel advised the undersigned's staff that Plaintiff no longer opposed the severance of its claims against Defendant Matthew Family from its claims against the insurer defendants. Accordingly, the Court granted the

---

[1]   The Court has the inherent authority to reconsider such interlocutory rulings. *See, e.g., Lavespere v. Niagara Mach. & Tool Works, Inc.*, 915 F.2d 167, 185 (5th Cir. 1999); *F.D.I.C. v. Massingill*, 24 F.3d 768, 774 (5th Cir. 1994); *Bourdais v. City of New Orleans*, No. 99-1434, 2002 WL 1963320, *2-3 (E.D. La.) (Livaudais, J.); *see also* Fed. R. Civ. P. 54(b).

motion.

Given the change in Plaintiff's preference regarding the litigation of *its* claims, the Court does not find it appropriate to reverse its prior ruling with respect to the severance of Plaintiff's claims against Defendant Matthew Family. *See* Fed. R. Civ. P. 21 (authorizing the Court to drop or add parties and sever claims). With respect to Matthew Family's reconventional demand against Plaintiff, Matthew Family may continue to pursue that claim in connection with Plaintiff's litigation of its claim against Matthew Family. To the extent that Matthew Family desires to be involved in the litigation of Plaintiff's claims against the insurer defendants, so as to protect its proclaimed entitlement to any resulting insurance proceeds, Matthew Family may seek to intervene in the litigation of those claims.

New Orleans, Louisiana, this 9th day of May 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**