UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELK PLACE, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 07-7676<br>c/w 09-6296 |
| CNA COMMERCIAL PROPERTY<br>INSURANCE COMPANY, ET AL. | SECTION "N" |

## ORDER AND REASONS

Presently before the Court is Defendants' "Motion to Dismiss New Claims or, in the Alternative, Stay or Continue Trial Date" (Rec. Doc. 121). Having carefully considered the parties' submissions and the record of this proceeding, the Court, on the showing made, does not find the relief requested therein to be warranted. Accordingly, **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 11th day of April 2011.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**