UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELK PLACE, L.L.C.                                                    CIVIL ACTION

VERSUS                                                               NO. 07-7676
                                                                     c/w  09-6296

FIDELITY NATIONAL PROPERTY & CASUALTY               SECTION "N" (5)
INSURANCE COMPANY, ET AL

## ORDER AND REASONS

Having carefully considered the parties' submissions, **IT IS ORDERED** that, for essentially the reasons stated in Plaintiff's opposition memorandum (Rec. Doc. 113), the "Motion for Partial Summary Judgment" filed by Defendants American Casualty Company of Reading, Pennsylvania, and Valley Forge Insurance Company (Rec. Doc. 111) is **DENIED** relative to the remaining issues concerning the requested offset/credit and the vacancy provisions. In short, on the showing made, the Court does not find that Defendants have demonstrated the absence of genuine issues of material fact and that they are entitled to a judgment as a matter of law. This ruling, however, certainly does not preclude a later determination by the Court in Defendants' favor, if warranted, pursuant to Rule 50 of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, 20th day of April 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**Clerk to Copy:**
Chief Magistrate Judge Chasez